Opinion issued May 22, 2003









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00428-CV

____________


JAMES MCKIMMY, MANI EFRAN, AND UNICAT CATALYST
TECHNOLOGIES, INC., Appellants


V.


CRYSTAPHASE PRODUCTS, INC., Appellee






On Appeal from the 239th District Court

Brazoria County, Texas

Trial Court Cause No. 2002-17,078






MEMORANDUM OPINION

 Appellants have filed a motion to dismiss their appeal. More than 10 days have
elapsed, and no objection has been filed. No opinion has issued. Accordingly, the
motion is granted, and the appeal is dismissed. Tex. R. App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Keyes.